1

2

3

4

5

6

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

11

JESSE CASTILLO,

Case No. CV 15-00067 RGK (AFM)

12

　　　　　　　　Petitioner,

13

　　v.

**JUDGMENT**

14

WARREN MONTGOMERY,
Warden,

15

16

　　　　　　　　Respondent.

17

18

　　　　Pursuant to the Order Accepting Findings and Recommendations of the

19

United States Magistrate Judge,

20

　　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the

21

action is dismissed with prejudice.

22

23

DATED:  December 09, 2015

24

25

_____

R. GARY KLAUSNER

26

UNITED STATES DISTRICT JUDGE

27

28